UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REAGAN L. THOMAS and<br>The ESTATE OF JOANN THOMAS,<br><br>Plaintiffs,<br><br>v.<br><br>PRUDENTIAL INSURANCE COMPANY<br>OF AMERICA and VERIZON<br><br>Defendants. | Civil Action No.: 2:21-cv-01305-NBF |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The matter in difference in the above entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the within matter and any all claims asserted or which could have been asserted in this action are hereby dismissed with prejudice and without costs as to any party.

*(signature)*
Albert G. Reese, Jr., Esq.
Law Office of Albert G. Reese, Jr.
640 Rodi Road, Suite 2
Pittsburgh, PA 15235
Areese8897@aol.com
*Attorney for Plaintiffs*

*(signature)*
Jaclyn D. Malyk, Esq. (PA Att. Id: 308589)
d'Arcambal Ousley & Cuyler Burk, LLP
Four Century Drive, Suite 250
Parsippany, NJ 07054
Phone: 973.734.3200
Facsimile: 973.734.3201
E-mail: jmalyk@darcambal.com
Attorneys for Defendant, The Prudential Insurance Company of America (improperly pleaded as Prudential Insurance Company Insurance Company of America) and Verizon Pennsylvania Inc. (improperly pleaded as Verizon)